**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1488**

In re:  MACK M. ROBINSON,

       Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:21-cv-01730-PJM)

Submitted:  June 15, 2023                               Decided:  June 21, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Mack M. Robinson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mack M. Robinson petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 petition. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*